**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **VIRGIN RECORDS AMERICA, INC.,** *et al.*, | ) ) ) |
| **Plaintiffs,** | ) ) |
| v. | )   **CIVIL ACTION 06-0639-WS-M** |
| | ) |
| **BERTHA LACEY,** | ) ) |
| **Defendant.** | ) |

**<u>DEFAULT JUDGMENT</u>**

In accordance with the separate Order entered on this date in the above-styled case, it is **ORDERED**, **ADJUDGED** and **DECREED** that a **DEFAULT JUDGMENT** be, and the same hereby is, entered in favor of the plaintiffs, Virgin Records America, Inc., Motown Record Company, L.P., UMG Recordings, Inc., Sony BMG Music Entertainment, and BMG Music, and against the defendant, Bertha Lacey, in the amount of **$6,420.00**.

It is further **ORDERED**, **ADJUDGED** and **DECREED** that defendant, Bertha Lacey, is **PERMANENTLY ENJOINED** and **RESTRAINED** from directly or indirectly infringing plaintiffs' rights under federal or state law in the following copyrighted sound recordings:  Janet Jackson "This Time" from album "Janet" (SR #174-392); Rick James "Fire and Desire" from album "Street Songs" (SR #25-800); Dru Hill "5 Steps" from album "Dru Hill" (SR #227-760), Jennifer Lopez "If You Had My Love" from album "On the 6" (SR # 267-571), Michael Jackson "Heal the World" from album "Dangerous" (SR #178-165), Michael Jackson "You Rock My World" from album "Invincible" (SR #304-780), Tyrese "Lately" from album "Tyrese" (SR #237-788) and Dru Hill "Beauty" from album "Enter the Dru" (SR #290-402); and in any other sound recording, whether now in existence or later created, that is owned or controlled by plaintiffs (or any parent, subsidiary or affiliate record label of plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media

distribution system to reproduce (*i.e.*, download) any of Plaintiffs' Recordings, to distribute (*i.e.*, upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of plaintiffs.  Defendant also shall destroy all copies of Plaintiffs' Recordings that she has downloaded onto any computer hard drive or server without plaintiffs' authorization, and shall destroy all copies of such downloaded recordings transferred onto any physical medium or device in her possession, custody or control.

DONE and ORDERED this 23rd day of January, 2007.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE